IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE IAC/INTERACTIVECORP SECURITIES LITIGATION | ) ) ) ) | CLASS ACTION<br><br>Case No. 04-CV-7447 |

## IAC DEFENDANTS' MOTION TO DISMISS
## THE CLASS ACTION COMPLAINT

IAC/InterActiveCorp and the individual defendants named in the Class Action Complaint, by their undersigned counsel, hereby move pursuant to Federal Rule of Civil Procedure 12(b) to dismiss the claims against them in the Consolidated Complaint for Violation of the Federal Securities Laws. Leave to amend should be denied. Movants respectfully submit herewith a Memorandum of Law in Support of this Motion to Dismiss and a binder of exhibits.

Dated: New York, New York
       September 15, 2005

                              Respectfully submitted,

                              WACHTELL, LIPTON, ROSEN & KATZ

                              By: _____
                                  Stephen R. DiPrima (SD-7312)
                                  Israel Friedman (IF-1958)
                                  Chi T. Steve Kwok (not admitted in S.D.N.Y.)

                              51 West 52nd Street
                              New York, New York  10019
                              (212) 403-1000

                              *Attorneys for IAC Defendants*