UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re IAC/INTERACTIVE CORP.<br>SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>    BUTLER v. DILLER, et al.<br>    Civil Action No. 04 CV 9067<br><br>    -and-<br><br>    GARBER v. DILLER, et al.<br>    Civil Action No. 05 CV 1145 | Master File No. 04 CV 7447<br><br>**NOTICE OF APPEAL**<br><br>FILED U.S.D.C.<br>APR 23 2007<br>S.D. OF N.Y. |

Notice is hereby given that plaintiffs Lisa Butler and Stuart Garber, derivatively on behalf of IAC/InterActiveCorp, in the above-named case, appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered on March 26, 2007, and the Memorandum Opinion and Order entered on March 23, 2007, granting the motion to dismiss brought by defendants Barry Diller, Victor A. Kaufman, Dara Khosrowshahi, Julius Genachowski, Richard N. Barton, Edgar Bronfman, Jr., Donald R. Keough, Marie-Josée Kravis, Gen. H. Norman Schwarzkopf, Alan Spoon, Diane Von Furstenberg, Steven Rattner, Anne M. Busquet, Robert R. Bennett, John C. Malone, Jean-Renee Fourtou and nominal defendant IAC/InterActiveCorp.



COPY

DATED: April 23, 2007

FARUQI & FARUQI, LLP
NADEEM FARUQI (NF-1184)
BETH A. KELLER (BK-9421)

*Beth A. Keller*
_____
BETH KELLER

369 Lexington Ave., 10th Floor
New York, NY 10017
Telephone: 212/983-9330
Facsimile: 212/983-9331

*Attorneys for Plaintiff Lisa Butler*

BULL & LIFSHITZ, LLP
PETER D. BULL
18 East 41st Street
New York, NY 10017
Telephone: 212/213-6222

*Attorneys for Plaintiff Stuart Garber*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of April, 2007, I served the foregoing Notice of Appeal upon the following by depositing the same, enclosed in a properly addressed, postage paid envelope in an official depository maintained by the United States Postal Service in the State of New York:

Stephen R. DiPrima
Israel Friedman
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019

*Attorneys for Defendants*

_____
BETH A. KELLER