SDNY (NYNY)
04.cv.7447
Holwell

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

| | |
|---|---|
| LISA BUTLER and STUART GARBER, Derivatively on Behalf of IAC/InterActiveCorp. <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> BARRY DILLER, DARA KHOSROWSHAHI, JULIUS GENACHOWSKI, RICHARD N. BARTON, VICTOR A. KAUFMAN, EDGAR BRONFMAN, JR., DONALD R. KEOUGH, MARIE-JOSÉE KRAVIS, JOHN C. MALONE, H. NORMAN SCHWARZKOPF, ALAN SPOON, DIANE VON FURSTENBERG, ROBERT R. BENNETT, ANNE M. BUSQUET, JEAN-RENÉ FOURTOU and STEVEN RATTNER, <br><br> Defendants-Appellees, <br><br> -and- <br><br> IAC/INTERACTIVECORP, <br><br> Nominal Defendant-Appellee | C.A. Docket No. 07-1697-cv <br><br> **STIPULATION WITHDRAWING APPEAL FROM ACTIVE CONSIDERATION, WITHOUT PREJUDICE, AND WITH LEAVE TO REACTIVATE** |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

WHEREAS the parties entered into a stipulation so-ordered by the Court June 14, 2007 suspending the above-captioned appeal until March 31, 2008;

WHEREAS the parties again entered into a stipulation so-ordered by the Court on March 28, 2008 suspending the above-captioned appeal until September 30, 2008;

WHEREAS the parties entered into another stipulation so-ordered by the Court on October 2, 2008 suspending the above-captioned appeal until March 30, 2009; and

WHEREAS the parties agree that a further suspension is warranted given the ongoing litigation in a related case: *In re IAC/InterActiveCorp Sec. Litig.*, Master File No. 04-CV-7447 (S.D.N.Y.), which action may affect this appeal.

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the parties that the above-captioned appeal hereby continues to be withdrawn from active

1

ID:USCA 2ND CIR

CERTIFIED:
APR 0 1 2009

consideration from the Court, such withdrawal to be without prejudice to a reactivation of the appeal by appellants' counsel so notifying the Clerk of this Court in writing by September 30, 2009. If not thus reactivated, the appeal shall be subject to dismissal with prejudice.

Withdrawal of the appeal from active consideration shall not operate as a dismissal of the appeal under FRAP 42(b).

DATED: March 28, 2009

FARUQI & FARUQI, LLP

BY: _____
NADEEM FARUQI
SHANE ROWLEY
BETH A. KELLER
369 Lexington Ave, 10th Floor
New York, NY 10017
Telephone: 212/983-9330
Facsimile: 212/983-9331

*Attorney for Appellants*

BULL & LIFSHITZ, LLP

BY: _____ /by permission
PETER D. BULL
18 East 41st Street
New York, NY 10017
Telephone: 212/213-6222
Facsimile: 212/213-9405

*Attorney for Appellants*

WACHTELL, LIPTON, ROSEN & KATZ

BY: _____
STEPHEN R. DIPRIMA
JOSHUA A. NAFTALIS
51 West 52nd Street
New York, NY 10019
Telephone: 212/403-1000
Facsimile: 212/403-2000

*Attorney for Appellees*

2

SO ORDERED.

FOR THE COURT
Catherine O'Hagan Wolfe, Acting Clerk

BY: /s/ Vidya Kurella
VIDYA KURELLA, Staff Counsel

3

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
DEPUTY CLERK