1:04-cv-07447-RJH

# MANDATE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __April 1, 2010__

## UNITED STATES COURT OF APPEALS
### FOR THE SECOND CIRCUIT

| | |
|---|---|
| LISA BUTLER and STUART GARBER, Derivatively on Behalf of IAC/InterActiveCorp. | C.A. Docket No. 07-1697-cv |
| Plaintiffs-Appellants, | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

v.

BARRY DILLER, DARA KHOSROWSHAHI, JULIUS GENACHOWSKI, RICHARD N. BARTON, VICTOR A. KAUFMAN, EDGAR BRONFMAN, JR., DONALD R. KEOUGH, MARIE-JOSÉE KRAVIS, JOHN C. MALONE, H. NORMAN SCHWARZKOPF, ALAN SPOON, DIANE VON FURSTENBERG, ROBERT R. BENNETT, ANNE M. BUSQUET, JEAN-RENÉ FOURTOU and STEVEN RATTNER,

Defendants-Appellees,

-and-

IAC/INTERACTIVECORP,

Nominal Defendant-Appellee.



WHEREAS the parties entered into a stipulation so-ordered by the Court on October 5, 2009 suspending the above-captioned appeal until March 31, 2010;

WHEREAS the parties agree that no further suspension is warranted and that the appeal should be terminated; and

WHEREAS, the appellants do not intend to reactivate their appeal.

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the parties that the above-captioned appeal is hereby dismissed with prejudice pursuant to FRAP 42(b), each side to bear its own costs.

MANDATE ISSUED ON 04/01/2010

DATED: March 25, 2010

FARUQI & FARUQI, LLP

BY: _____

NADEEM FARUQI
SHANE ROWLEY
BETH A. KELLER
369 Lexington Ave, 10th Floor
New York, NY 10017
Telephone: 212/983-9330
Facsimile: 212/983-9331

*Attorney for Appellants*

BULL & LIFSHITZ, LLP

BY: _____

PETER D. BULL
18 East 41st Street
New York, NY 10017
Telephone: 212/213-6222
Facsimile: 212/213-9405

*Attorney for Appellants*

WACHTELL, LIPTON, ROSEN & KATZ

BY: _____

STEPHEN R. DIPRIMA
JOSHUA A. NAFTALIS
51 West 52nd Street
New York, NY 10019
Telephone: 212/403-1000
Facsimile: 212/403-2000

*Attorney for Appellees*

SO ORDERED.

FOR THE COURT
Catherine O' Hagan Wolfe, Acting Clerk

BY: _____
VIDYA KURELLA, Staff Counsel

**A True Copy**
**Catherine O'Hagan Wolfe, Clerk**
**United States Court of Appeals, Second Circuit**

ID:USCA  2NDCIR